3:26-mj-00292-1

DISTRICT OF OREGON: ss, AFFIDAVIT OF MAXAMILIAN PURVINE

# Affidavit in Support of a Criminal Complaint

I, Maxamilian Purvine, being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since September 2025. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and I am authorized by law to conduct investigations and to make arrests for felony offenses. I am currently assigned to the Assistant Special Agent in Charge, Portland, Oregon. Prior to this, between February 2022 to September 2025, I was employed as a Criminal Analyst on the Oregon National Guard Counterdrug Taskforce. I am authorized and assigned to investigate violations of federal laws, including 18 U.S.C. § 545, that covers smuggling, and 21 U.S.C. § 841(a)(1), 846, 848, 843(b), and 952(a) of the Drug Abuse Prevention and Control Act of 1970, that is, possession with intent to distribute and the distribution of controlled substances, conspiracy to commit such offenses, the operation of a continuing criminal enterprise, and the use of a communication facility to facilitate a felony violation of the Drug Abuse Prevention and Control Act of 1970, and the illegal importation of a controlled substance. During my tenure as a federal law enforcement officer, I have investigated and/or participated in investigations of narcotics trafficking and firearms violations. I have also acquired knowledge and information about the illegal drug trade and the various means and methods by which it is furthered including using computers, smart phones, digital media and the Internet from formal and informal training, other law enforcement officers and investigators, informants, individuals I have interviewed, and from my participation in other investigations. I am

currently detailed to the High Intensity Drug Trafficking Area (HIDTA) Interdiction Taskforce (HIT) located at the Portland Police Bureau's (PPB) Narcotics and Organized Crime (NOC) unit.

2. This affidavit is based upon a joint investigation conducted by PPB patrol officers, PPB Narcotics and Organized Crime (NOC), Homeland Security Investigations (HSI), and the HIDTA Interdiction Task Force (HIT), a task force comprised of local, state, and federal law enforcement agencies (hereinafter collectively referred to as "investigators").

## Purpose of Affidavit

3. This affidavit is submitted to support a criminal complaint and arrest warrant for the following individual:

- **Peontray Lasalle SHAKIER (PETERS),** date of birth xx/xx/1967, a male (hereinafter referenced as "**SHAKIER**");

for committing the crime of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

4. I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation. I have obtained and read official reports prepared by law enforcement officers participating in this investigation. I have not included all information learned through this investigation. I have included information I believe is sufficient to establish probable cause for the criminal complaint and arrest warrant requested by this affidavit.

## Applicable Law

5. 18 U.S.C. § 922(g)(1) makes it unlawful for a felon, who is aware that he or she is

a felon, to knowingly possess a firearm, which has been shipped or transported in interstate or foreign commerce.

**Summary of Probable Cause**

6. On October 23, 2026, at approximately 4:17 A.M, Portland Police Bureau (PPB) Ofc. Walsh and Ofc. Ratcliffe were working patrol as members of PPB East Precinct in the vicinity of SE 139th and SE Stark St in Portland, Oregon. Ofc. Walsh and Ofc. Ratcliffe were wearing police uniforms and operating a marked police vehicle.

7. Ofc. Walsh conducted a traffic stop on a black Mercedes Benz after observing the vehicle make an un-signaled turn, improper display (of permit), and making an unlawful lane change. Ofc. Walsh contacted the driver and sole occupant, later identified as **SHAKIER,** and informed the driver of the reason for the traffic stop. Ofc. Walsh asked **SHAKIER** for his driver's license, registration and proof of insurance. **SHAKIER** turned as if to look for the requested items, when Ofc. Walsh observed what he recognized to be a black handgun protruding out from under **SHAKIER's** sweatshirt.

8. Ofc. Walsh ordered **SHAKIER** to place his hands on the steering wheel and removed the firearm, a loaded Glock 27, 40 Cal bearing serial number LWP922, from **SHAKIER's** lap and placed it on top the vehicle. Ofc. Ratcliffe retrieved the firearm and rendered it safe. Officers noted the firearm had one round in the chamber, and seven (7) rounds in the magazine.

9. Ofc. Walsh removed **SHAKIER** from the vehicle and detained **SHAKIER** in handcuffs. Ofc. Ratcliffe retrieved **SHAKIER's** ID from his wallet and conducted law enforcement queries. Ofc. Ratcliffe then determined **SHAKIER** had previous felony charge and was prohibited from possessing firearms.

10. **SHAKIER** was then placed under arrest for being a felon in possession of a firearm and transported to PPB East Precinct.

11. Officers requested assistance from the PPB NOC unit. PPB Task Force Officer (TFO) Randy Castaneda, Det. Jason Koenig, and Sgt. Jorge Mendoza responded to East Precinct and assisted PPB Officers.

12. I reviewed **SHAKIER's** NCIC criminal history record and the amended judgment for SHAKIER's recent federal felony conviction. I learned that **SHAKIER** was convicted of conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and in September 2022, he was sentenced to 100 months imprisonment, followed by five years of supervised release, for a conviction in case number 3:20-cr-00076-MO-2 in the District of Oregon. PPB TFO Randy Castanada also confirmed that **SHAKIER** is currently on federal supervised release.

13. After reviewing information about the seized pistol, including photographs, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Claudia Grigore provided me with a verbal preliminary interstate nexus determination that the seized pistol, Glock 27, 40 Cal pistol bearing serial number LWP922, traveled in or affected interstate commerce. A picture of the seized firearm is included below.




14. On October 23, 2026, at approximately 8:00 A.M, PPB TFO Castaneda, Det. Koenig, and Sgt. Mendoza interviewed **SHAKIER** at PPB East Precinct. PPB TFO Castaneda advised **SHAKIER** of his Miranda rights which **SHAKIER** acknowledged and signed. During the interview, **SHAKIER** provided information regarding the firearm, including the following:

- He had a firearm tucked into his pants during the traffic stop.
- The firearm was a "Glock 40."
- He got the firearm "a few weeks ago."
- He had the firearm for protection.
- He is a felon.

**Conclusion**

15. Based on the foregoing, I have probable cause to believe, and I do believe, that **SHAKIER** has committed the crime of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

16. I therefore request that the Court issue a criminal complaint and arrest warrant for **SHAKIER.**

17. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Cassady Adams. AUSA Adams advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*

Maxamilian Purvine / Special Agent
Homeland Security Investigations

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:48 p.m. on October 24, 2026.

HONORABLE JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE